05-22534.oa

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 05-22534-CIV-COOKE-BROWN

FLORIDA MEMORIAL UNIVERSITY,

    Plaintiff,

vs.

CORINTHIAN COLLEGE, INC., d/b/a
FLORIDA METROPOLITAN UNIVERSITY,

    Defendant.
_____/

CORINTHIAN COLLEGES, INC.

    Counterplaintiff,

v.

FLORIDA MEMORIAL UNIVERSITY,

    Counterdefendant.
_____/

## ORDER GRANTING MOTION TO COMPEL

**This matter** is before this Court on Defendant/Counterplaintiff's Motion to Compel Weinbach Group, Inc. To Comply With Subpoena Duces Tecum..., filed September 22, 2006. The Court has considered the motion, noted the lack of a response thereto and considered all pertinent materials in the file. The failure to respond may be deemed grounds to grant the motion by default pursuant to Local Rule 7.1.C.

    The Court being otherwise fully advised in the premises, it is hereby **ORDERED AND**

**ADJUDGED** as follows:

1. The motion to compel is **GRANTED.** Weinbach Group shall have ten (10) days from the date of this order to produce (not object to) the documents sought.

2. Weinbach Group shall have five (5) days from the date of this order to show good cause, in writing, why sanctions should not be imposed for the necessity of the filing of the motion to compel.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 17th day of October, 2006.

STEPHEN T. BROWN
UNITED STATES MAGISTRATE JUDGE

Copies provided to:
Honorable Marcia G. Cooke